```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

MAURICIO MARTINEZ, DMD, PA,

    Plaintiff,

v.                          Case No: 2:23-cv-346-JES-KCD

ALLIED INSURANCE COMPANY OF AMERICA,

    Defendant.

_____

**ORDER**

    On December 12, 2023, the Court entered an Order (Doc. #28) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

    **DONE AND ORDERED** at Fort Myers, Florida, this __30th__ day of January 2024.

                                              JOHN E. STEELE
                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record